COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       In re Earnest and Lisa Taylor, Relators

Appellate case number:    01-15-01002-CV

Trial court case number:   81897-CV

Trial court:                149th District Court of Brazoria County

On November 30, 2015, the relators, Earnest and Lisa Taylor, filed a petition for a writ of mandamus seeking to order the respondent trial judge to grant the temporary restraining order, filed by the relators to stop the foreclosure sale of two properties, and to set the matter for a temporary injunction hearing. On November 30, 2015, the relators also filed an emergency motion for temporary relief, seeking a stay of the noticed foreclosure sale of their property scheduled for December 1, 2015, pending resolution of their mandamus petition.

Accordingly, we **grant** the relators' motion and **ORDER** that the noticed foreclosure sale of two properties scheduled for December 1, 2015, in the above-referenced trial court cause number, is **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the mandamus petition in this Court is finally decided or this Court otherwise orders the stay lifted. *See id.* Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

Although relators' petition states that the trial court denied their restraining order application without signing an order, the relators neither attached the file-stamped restraining order application nor notice of hearing indicating that the trial court was made aware of, was asked to rule on, and failed or refused to rule on the application within a reasonable time. *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1). Accordingly, we **ORDER** the relators, **within 10 days of the date of this order,** to file the file-stamped restraining order application, any notice of hearing, and the docket sheet for the above-referenced trial court cause number. *See* TEX. R. APP. P. 52.7(a)(1), (b).

In addition, the Court requests a response to the petition for writ of mandamus by the real parties in interest, Jesus Vela, Blasa Vela, and Vela Ranch, LLC. *See* TEX. R.

APP. P. 52.8(b)(1).  The response, if any, shall be filed **within 30 days from the date of this order**.  *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.


Judge's signature: /s/ Laura C. Higley

☑ Acting individually     ☐ Acting for the Court

Date:  November 30, 2015